

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



Honorable Gary S. Austin
United States Magistrate Judge
Fresno, California

| RE: | Docket Number: |
|---|---|
| **Mitchell L. Silvani** | 1:10MJ00016-01 GSA |
| **Brett A. Jones** | 1:10MJ00017-01 GSA |
| **Jay D. Wilkerson** | 1:10MJ00018-01 GSA |
| **Daniel M. Winer** | 1:10MJ00019-01 GSA |
| **Christian R. Northcott** | 1:10MJ00020-01 GSA |

<u>COMPLIANCE REVIEW</u>

Your Honor:

On January 21, 2010, the above defendants appeared before Your Honor and pled guilty to 36 CFR 2.35(b), Possession of a Controlled Substance. The defendants were each sentenced to one year prejudgment probation pursuant to 18 USC 3607, and a fine of $1,000. Special conditions of supervision included warrantless search and seizure, outpatient correctional treatment program for drug or alcohol abuse, drug testing, and co-payment for aftercare services. Your Honor advised each of the above defendants that the Court would consider informal probation after six months if probation and defense counsel were in agreement. A review hearing was scheduled for January 11, 2011, and the Court indicated it will accept a Rule 43 waiver if the defendants are in compliance.

In anticipation of the six-month point in the probation sentence, the undersigned probation officer contacted the supervision probation officers assigned to each of the defendants. All of the supervision probation officers reported that the defendants, respectively, have been in compliance with all of the conditions of supervision. They all participated in substance abuse treatment as well as drug testing programs. No issues were reported. It was also confirmed the defendants have paid their respective fines.

**PLAN:** As it appears all of the defendants are in compliance with the conditions of probation and have paid their fines, it is recommended the balance of their probation

RE:  Name:                              Docket Number:
     Mitchell L. Silvani                1:10MJ00016-01 GSA
     Brett A. Jones                     1:10MJ00017-01 GSA
     Jay D. Wilkerson                   1:10MJ00018-01 GSA
     Daniel M. Winer                    1:10MJ00019-01 GSA
     Christian R. Northcott             1:10MJ00020-01 GSA
     **COMPLIANCE REVIEW**

sentences be unsupervised, and that the supervision probation officers close out their interests in these cases. The undersigned probation officer will conduct a criminal record check prior to the review date. If the defendants continue to be in compliance, it will be recommended their appearance at the sentencing hearing on January 20, 2011, be waived pursuant to Rule 43.

Respectfully submitted,

JOHN R. HATFIELD
Supervising United States Probation Officer

Dated:   July 14, 2010
         Fresno, California
         JRH

cc:   Laurel J. Montoya
      Assistant United States Attorney

      Richard P. Berman
      Defense Counsel

AGREE: _____                         DISAGREE: _____

                                                    7/14/10
GARY S. AUSTIN                                      DATE
United States Magistrate Judge