AO 246A (Rev. 01/09)  Order of Discharge and Dismissal Under 18 U.S.C. § 3607(a)

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ DISTRICT OF __CALIFORNIA__


FILED
FEB 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  1:10MJ00019-01 GSA |
| ) | |
| __DANIEL M. WINER__ ) | |
| *Defendant* ) | |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:**  The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date: __2/10/11__

*Judge's Signature*

__GARY S. AUSTIN: U.S. Magistrate Judge__
*Printed Name and Title*

cc:  U.S. Probation
  Laurel J. Montoya, Assistant United States Attorney
  Richard P. Berman, Defense Counsel

Rev. 02/2009 (ED/CA)
PREJUDGMENT ~ DISCHARGE (AO246A).MRG